In the Matter of the Claim of Gertrude Hall, Respondent, against P. Feldman & Sons and The Firemen's Fund Indemnity Co., Appellants. State Industrial Board, Respondent.— Appeal from an award of death benefits under the Workmen's Compensation Law. The deceased employee lived on the premises

of the employer, who operated a junk yard. While the decedent was at work he was accidentally shot by a police officer who had entered the premises to solicit the sale of tickets for a police benefit. The officer had called upon the employer on other occasions for social purposes and on the fatal day the employer asked the decedent to bring a chair for the officer. Shortly thereafter the officer accidentally shot the decedent. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.